Phillip G. KELLETT *v.* STATE of Arkansas

CR 92-1426                                           843 S.W.2d 318

Supreme Court of Arkansas
Opinion delivered January 11, 1993

*Harold W. Madden*, for appellant.

No response.

PER CURIAM. Appellant, Phillip G. Kellett, by his attorney has filed for a rule on the clerk.

His attorney, Harold W. Madden, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.